January 24, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KEN S. OGBONNIA D/B/A FIRST TEXAS ENERGY, Appellant

NO. 14-11-00739-CV                    V.

AT&T ADVERTISING, LP, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on July 25, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ken S. Ogbonnia d/b/a First Texas Energy.

We further order this decision certified below for observance.